UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 24-23991-CIV-MORENO**

DAVID BYRD, PhD,

        Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
and FLORIDA INTERNATIONAL
UNIVERSITY FOUNDATION, INC.,

        Defendants.

_____/

## ORDER GRANTING LEAVE TO AMEND THE COMPLAINT AND ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS

THIS CAUSE came before the Court upon Defendants' Motion to Dismiss (**D.E. 12**), filed on **November 26, 2024**.

THE COURT has considered the motion, the opposition, the reply, the other pertinent portions of the record, and is otherwise fully advised in the premises.

Plaintiff David Byrd, PhD filed suit against Defendants Florida International University and Florida International University Foundation, Inc. for race discrimination and retaliation. Plaintiff brought twelve counts against Defendants, alleging violations of state and federal law. Defendants move to dismiss Counts 1–6 on the grounds that the named party, Florida International University, is not amenable to suit. Mot., D.E. 12 at 5. Defendants also move to dismiss the state law claims, arguing that the Eleventh Amendment prevents this Court from exercising subject matter jurisdiction over those claims. *Id.* at 5–7. In his opposition, Plaintiff asks the Court for leave to amend his complaint to name only the Florida International University Board of Trustees as the defendant and to remove his state law claims. Opp'n, D.E. 13 at 2, 6–7. It is unclear why

Plaintiff did not simply file an amended complaint in response to Defendants' motion within the time allowed by Federal Rule of Civil Procedure 15(a)(1)(B). Nevertheless, the Court will exercise its discretion to allow Plaintiff an opportunity to revise his complaint and the caption style. Plaintiff shall file an amended complaint no later than **March 4, 2025**. Plaintiff is advised that any further motions made to this Court shall comply with the Federal Rules of Civil Procedure and the Rules of this Court. *See Posner v. Essex Ins. Co.*, 178 F.3d 1209, 1222 (11th Cir. 1999) (quoting Fed. R. Civ. P. 7(b)); S.D. Fla. L.R. 7.1. It is further

ADJUDGED that Defendants' Motion to Dismiss is **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this __10__ of February 2025.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record